**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

JENNIFER G.,                                )
                                            )
    Plaintiff,                           )
                                            )
    v.                                   )          Case No. 4:25-CV-532 SRW
                                            )
FRANK J. BISIGNANO,                         )
Acting Commissioner of Social Security      )
Administration,                             )
                                            )
    Defendant.                           )

## MEMORANDUM AND ORDER

On March 24, 2026, Plaintiff filed an Application for Award of Attorney's Fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. ECF No. 24. On February 23, 2026, this Court reversed the Commissioner's decision and remanded Plaintiff's case for further proceedings. ECF Nos. 22, 23. Within Plaintiff's Application, she seeks attorney's fees in the amount of $3,288.60.50 for a total of 12.60 hours of attorney work at an hourly rate of $261.00. ECF Nos. 24 at 2; 24-2; 24-3.

On April 3, 2026, the Commissioner filed a response stating,

> Plaintiff requests an award of fees and expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of **$3,288.60**, representing 12.6 hours of work at an average rate of $261.00 per hour. Defendant has no objection to Plaintiff's request for attorney under the EAJA in the amount of **$5,149.28** in fees. Defendant respectfully requests that the Court enter an order granting Plaintiff's petition and specifically awarding attorney fees and expenses of **$4,798.80** to be paid by the Social Security Administration.

ECF No. 25 (emphasis added).

As a result of the Commissioner's Response with contradictory monetary amounts, the Court cannot determine whether it has no objection to the amount Plaintiff is requesting, or if the

Commissioner is suggesting Plaintiff is owed more in attorney's fees.  The Court has an independent duty to review the reasonableness of an EAJA award. *See* 28 U.S.C. § 2412(d)(2)(A). Consequently, the Court will direct the Commissioner to submit an Amended Response to Plaintiff's Application of Fees pursuant to the EAJA in order to clarify the Social Security Administration's position.

Accordingly,

**IT IS HEREBY ORDERED** that Commissioner shall file an Amended Response to Plaintiff's Application of Fees pursuant to the EAJA, no later than **Monday, April 13, 2026** in order to clarify the Social Security Administration's position.

So Ordered this 6th day of April, 2026.


_____
STEPHEN R. WELBY
UNITED STATES MAGISTRATE JUDGE

2